Cite as 2020 Ark. 207

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE BOARD OF CERTIFIED COURT REPORTER EXAMINERS | **Opinion Delivered:** May 21, 2020 |

## PER CURIAM

The court appoints the Honorable Blake Batson of Arkadelphia, Circuit Judge, Ninth-East Judicial Circuit, and Dana Hayden of Fayetteville, Certified Court Reporter, to the Board of Certified Court Reporter Examiners for three-year terms to expire on July 31, 2023. The court extends its appreciation to these new members for their willingness to serve on this important board.

The Honorable Jodi Raines Dennis of Pine Bluff, Circuit Judge, Eleventh-West Judicial Circuit, Julie Beckman of Greenbrier, Certified Court Reporter, and G. Michael Ashcraft of Warren, Certified Court Reporter, are reappointed to the Board of Certified Court Reporter Examiners for three-year terms to expire on July 31, 2023. The court thanks them for their continued service on this board.

The court expresses its gratitude to the Honorable Eddy R. Easley of Sheridan, Circuit Judge, Seventh Judicial Circuit, and Garold W. Pritsch of Hot Springs, Certified Court Reporter, whose terms have expired, for their years of valuable service to this board. We wish them well.